# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0394
LT Case No. 16-2011-10565-AXXX

_____

TERRANCE HIGHTOWER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Terrance Hightower, Perry, pro se.

Ashley Moody, Attorney General, Tallahassee, and Damaris E. Reynolds, Assistant Attorney General, Tallahassee, for Appellee.

June 18, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and LAMBERT and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____